# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-368 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| C/O SIENICK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 4th day of August, 2016:

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 1915(e)(1) and the order of court dated March 24, 1999, entered pursuant to the resolution of the Board of Judges of the United States District Court for the Western District of Pennsylvania In re: Funding of Plan for the Appointment of Counsel in Select Pro Se Prisoner Civil Actions (Miscellaneous No. 99-95), the Clerk of Court is directed to "request" a lawyer to consider entering an appearance on behalf of the Plaintiff in the above-captioned case, and to notify all parties once an attorney has been accepted.

IT IS FURTHER ORDERED that the Clerk of Court is directed to provide counsel with a copy of the complaint, any amended complaint, all answers and pretrial narrative statements should any exist and shall provide counsel with any additional pleadings or documents as requested by counsel.

IT IS SO ORDERED.

August 4, 2016                                       s\Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Earl Brownlee
GR9693
175 Progress Drive
Waynesburg, PA 15370